IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANCE STRUNK, SR., DARLENE STRUNK, CLIFFORD B. REPOTSKI, CYNTHIA M. YODER and RICHARD A. YODER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHESTER COUNTY D/C RICHARD, JOSEPH WALTON, EAST COVENTRY TOWNSHIP POLICE DEPT., MISTIE GREENWALT and CHRISTOPHER JASON,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-824 |

## ORDER

**AND NOW**, this 2nd day of March, 2015, upon consideration of Plaintiffs' Complaint, Amended Complaint, Brief in Support and the Motions to Dismiss of all Defendants, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED** and Plaintiffs' Amended Complaint is **DISMISSED** with prejudice as to all defendants. It is further **ORDERED** that the Clerk shall mark this matter closed.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.